# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ISRAEL TERRAZAS SAENZ,** | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION  09-0630-KD-M |
| | | CRIMINAL ACTION   07-0273-KD-M |
| **UNITED STATES OF AMERICA,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 3, 2009 is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Respondent's Motion to Dismiss (Doc. 31) be **GRANTED**, that Petitioner's Motion to Vacate (Doc. 29) be **DENIED**, and that this action be **DISMISSED.**

**DONE** and **ORDERED** this the **18**th day of **December 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**